# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INFORMATION |
| PAUL WOLFF, | 18 U. S. C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (Theft of Public Money)

From in or about April 2016, and continuing through in or about January 2021, in the Southern District of Ohio, the defendant, **PAUL WOLFF**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $65,166.

**In violation of 18 U.S.C. § 641.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY